THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ALBERT BELLAMY, | ) | CHARGE #: 2-5-23-24-8A,C |
| | ) | |
| Plaintiff, | ) | Pro SE |
| vs. | ) | |
| | ) | |
| Waffle House | ) | |
| | ) | |
| Defendant, | ) | |

To the Honorable District court of South Carolina, in the matter of filing a public accommodation discrimination lawsuit against Waffle House that is located in Little River, South Carolina. On November 20, 2023, I arrived at the Waffle House and proceeded to walk in and when I did, I went to the bar and took a seat. On my left there was a lady sitting beside me and I spoke to the lady not knowing who she was at first. The waitress began to ask for my order and I said I would like dark roasted coffee. The waitress said out loud in front of everyone "dark like you?" and I did not respond. I felt very embarrassed, humiliated and sad. She then served my coffee to me. Later, she called me an "old man" before I left the restaurant. I am perceiving this matter as Pro SE to the best of my knowledge. I feel very strange going into any other restaurant. I feel the same exact thing will happen to me again from other workers. It is very hard. I feel derogatory words might be said of my race or color and I do not know how I would react if it happens again. I am asking the courts for a settlement in the sum of five hundred thousand or more. The employee name at the Waffle House was Joy, her last name the employees refused to give. I am asking for a bench trial. I have a witness. The witness's name is Beverly Bryant. Thanks.

NOV 20 '24 AM 10:20
RCV'D - USDC FLO SC

*Albert Bellamy*
11-15-24

Causes of Action

1. Color  Race
2. Harassment
3. Embarrassment
4. Mental Anguish

*[signature]*

11-15-24

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ALBERT BELLAMY, | ) | CHARGE #: 2-5-23-24-9R |
| | ) | |
| Plaintiff, | ) | Pro SE |
| | ) | |
| V. | ) | |
| | ) | |
| Waffle House, | ) | |
| | ) | |
| Defendant, | ) | |

    To the Honorable District court of South Carolina, on January 7, 2024, I arrived at the Waffle House around 7:45 am and 8:15 am. I sat down at the bar and the waitress asked me "what was I having?" I said dark roasted coffee. I then said the drink I was given did not taste like dark roasted coffee or look correct. She said in front of other customers "why? It's black like you." It bothered me. I stayed quiet. On my left was a young man around 19-21 years of age. The male was African American. You could tell that he was upset. I asked him what his name was and he said Wesley. I asked him where he was from and he said Longs and told me who his granddad was. During that moment he went outside and stood outside, looking in the window. I asked for a manager. The manager must have heard what was said and he came out and his name was Akeem and I told him what the waitress said and he stopped me and said "I already know" and he never came back to apologize or anything. I was discriminated against for my color. My constitutional rights were violated. The waffle house has audio and video and everything was recorded although Wesley would be a witness. I ran into the District manager a couple weeks later and he was also told about what was said. But, no one ever consulted with me on anything. Settlement amounts to three hundred thousand or more. Thanks.

*Albert Bellamy*
*11/15-24*

## Causes of Action

1. Color
2. Harassment
3. Age Discrimination
4. Mental Anguish
5. Public Humiliation

*Albert [signature]*
11-15-24